**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John M. Godfrey Jr.**
**aka John Maphis Godfrey Jr., aka John Godfrey Jr., aka J. M.**
**Godfrey Jr.**
    Debtor(s)

Bankruptcy Case No.: 18–70396–JAD

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Lisa M. Swope is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: October 31, 2018

    Jeffery A. Deller
    United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John M. Godfrey, Jr.
      Debtor

Case No. 18-70396-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: admin     Page 1 of 1     Date Rcvd: Oct 31, 2018
                      Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
db           +John M. Godfrey, Jr.,    331 Burkett Bridge Road,    Everett, PA 15537-5519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
           James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Franklin American Mortgage
            Company bkgroup@kmllawgroup.com
           Jeffrey A. Muriceak    on behalf of Debtor John M. Godfrey, Jr. jmuriceak@eveyblack.com,
            choover@eveyblack.com
           Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
            mmh@nsslawfirm.com;pa73@ecfcbis.com
           Lisa M. Swope    lms@nsslawfirm.com,   mmh@nsslawfirm.com;pa73@ecfcbis.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                          TOTAL: 5